```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13158
   JEFFREY DUCKETT
   HELEN DUCKETT                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
          Debtor
  SSN XXX-XX-5744      SSN XXX-XX-7962
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/23/07 and confirmed on 09/20/07.

2. The case was dismissed after confirmation, 01/22/2009.

3. The Debtor paid a total of $ 7935.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 4515.64 | .00 | 4515.64 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 76.08 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 755.24 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 155.37 | .00 | .00 |
| NICOR GAS | UNSECURED | 458.20 | .00 | .00 |
| RMI/MCSI | UNSECURED | 100.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 111.63 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 736.79 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 647.42 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 707.02 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 547.12 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4515.64 | .00 | 4294.87 | .00 | 8810.51 |
| PRINCIPAL PAID | 4515.64 | .00 | .00 | .00 | 4515.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4515.64 | .00 | .00 | .00 | 4515.64 |

The Debtor's attorney, JAMES A YOUNG & ASSOC     , was allowed $ 3500.00 and was paid $   500.00  direct and $   3000.00  through the plan.

The Trustee received $   419.36 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                              /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 07 B 13158 JEFFREY DUCKETT & HELEN DUCKETT